UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:12CV-84-M

NAOMI ECKHARDT                                                         PLAINTIFF

V.                          **ANSWER ON BEHALF OF**
                             **WESTERN KENTUCKY UNIVERSITY**

WESTERN KENTUCKY UNIVERSITY                            DEFENDANT

\* \* \* \* \* \* \* \* \*

Comes Defendant, Western Kentucky University ("WKU"), by and through counsel, and for its Answer to Plaintiff's Amended Verified Complaint, states as follows:

1. The Amended Verified Complaint fails to state a claim upon which relief can be granted.

2. Any allegations contained in the Amended Verified Complaint that are not specifically admitted herein, are hereby denied.

3. WKU is without sufficient information to admit or deny the allegations in Paragraphs 1, 7, 8, 9, 10, 11, 12, 13, and 14 of the Amended Verified Complaint and, therefore, denies same.

4. With regard to the allegations in Paragraph 2, WKU admits that it is an agency of the Commonwealth of Kentucky, that it is a public institution of higher education, and that its principal place of business is located in Bowling Green, KY. The remainder of the allegations is denied.

5. WKU admits the allegations as contained in Paragraphs 3 and 4 of the Amended Verified Complaint.

6. With regard to the allegations in Paragraph 5 of the Verified Amended Complaint, WKU admits that Plaintiff applied for and was hired for the position. With regard to the remainder of the allegations, WKU is without knowledge sufficient to form a belief regarding the truth of those allegations and, therefore, denies same.

7. With regard to the allegations in Paragraph 6 of the Verified Amended Complaint, WKU admits that Clay Motley was hired; WKU denies the remainder of the allegations.

8. With regard to the allegations in Paragraph 15 of the Verified Amended Complaint, WKU is without knowledge sufficient to form a belief regarding Plaintiff's salary with the University of Pittsburgh and, therefore, denies same. The remainder of the allegations in that paragraph is denied.

9. WKU denies the allegations as contained in Paragraphs 16, 17, 19, 20, 21, 23, 24, and 25 of the Amended Verified Complaint, and further, denies that the Plaintiff is entitled to the relief for which she prays.

10. WKU pleads lack of subject matter jurisdiction, failure to exhaust Plaintiff's administrative remedies, and Plaintiff's failure to satisfy conditions precedent as additional affirmative defenses.

11. WKU pleads the <u>Ellerth/Faragher</u> affirmative defense to the allegations of sexual harassment, including but not limited to, Plaintiff's failure to avail herself of WKU's sexual harassment policy.

12. WKU pleads the doctrines of sovereign immunity, governmental immunity, and official immunity as affirmative defenses to all of the allegations set forth in the Verified Amended Complaint.

13. WKU pleads qualified immunity as an affirmative defense to the Verified Amended Complaint.

14. WKU pleads the Eleventh Amendment of the United States Constitution as an affirmative defense to Plaintiff's claims.

15. WKU affirmatively states that a claim for punitive damages may not be asserted against it, as it would be a violation of its right to due process under the United States Constitution and other substantive rights under the Constitutions of the United States and the Commonwealth of the Kentucky, as well as against public policy.

16. WKU pleads the defenses of estoppel, waiver, laches, statute of limitations, and any other defenses set forth in F.R.C.P. 8 which discovery may reveal to be applicable.

WHEREFORE, Defendant Western Kentucky University prays as follows:

1) For dismissal of the Verified Amended Complaint with prejudice;

2) For its costs incurred herein, including reasonable attorneys' fees;

3) A trial by jury; and

4) Any and all other relief to which this Defendant may be entitled.

This the 3rd day of July, 2012.

        KERRICK STIVERS COYLE, P.L.C.
        1025 STATE ST.
        P.O. BOX 9547
        BOWLING GREEN, KY  42102-9547
        (270) 782-8160
        (270) 781-8537 – fax

        By: s/ Scott D. Laufenberg
           Greg N. Stivers
           Scott D. Laufenberg
            *Counsel for Western Kentucky University*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

  Pamela C. Bratcher, Esq.   pamela@bratcherlawfirm.com

          s/   Scott D. Laufenberg
          Greg N. Stivers
          Scott D. Laufenberg
          KERRICK STIVERS COYLE, P.L.C.
          1025 STATE ST.
          P.O. BOX 9547
          BOWLING GREEN, KY  42102-9547
          (270) 782-8160
          (270) 781-8537 – FAX
          gstivers@ksclawfirm.com
          slaufenberg@ksclawfirm.com