UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:12CV-84-M

NAOMI ECKHARDT                                                                                     PLAINTIFF

V.                             **AGREED ORDER OF DISMISSAL**

WESTERN KENTUCKY UNIVERSITY                                                      DEFENDANT

      Upon Agreement of the parties and the Court being sufficiently advised,

      It is hereby ORDERED that this matter is dismissed with prejudice as settled, in its entirety.

      This Order is final and appealable, there being no just cause for delay.  Each party will bear its own costs.

      This the ___ day of November, 2012.


Have seen and Agreed to:


/s/ Greg N. Stivers (with permission for) _____
Pamela Bratcher
*Attorney for Plaintiff*


/s/ Greg N. Stivers_____
Greg N. Stivers
*Attorney for Defendant*