UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:12CV-84-M

NAOMI ECKHARDT                                                              PLAINTIFF

V.                          **AGREED ORDER OF DISMISSAL**

WESTERN KENTUCKY UNIVERSITY                                                 DEFENDANT

Upon Agreement of the parties and the Court being sufficiently advised,

It is hereby ORDERED that this matter is dismissed with prejudice as settled, in its entirety.

This Order is final and appealable, there being no just cause for delay. Each party will bear its own costs.

This the November 27, 2012

                                                          Joseph H. McKinley, Jr., Chief Judge
                                                              United States District Court

Have seen and Agreed to:


/s/ Greg N. Stivers (with permission for)
Pamela Bratcher
*Attorney for Plaintiff*


/s/ Greg N. Stivers
Greg N. Stivers
*Attorney for Defendant*


Copies to:  Counsel of record
                    Janschelle Barnes